UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNSEALING ORDER** |
| - v. - | S5 22 Cr. 522 (GHW) |
| JUAN CHECO,<br>  a/k/a "Pickle,"<br>JOSE PICHARDO,<br>  a/k/a "Pauly,"<br>  a/k/a "Paulie,"<br>  a/k/a "Poly," and<br>REGINALD McCLURE,<br>  a/k/a "Red," | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon application of the United States of America, by and through Assistant United States Attorneys Ashley C. Nicolas and Andrew W. Jones, it is hereby ORDERED that Superseding Indictment S5 22 Cr. 522 (GHW) in the above-captioned case, which was filed under seal on January 25, 2024, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       February 1, 2024

_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK