**MASSENA LAW P.C.**
305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
Email: AVM@Massenalaw.com

\* Admitted in Federal and
New York State Courts

## MEMORANDUM ENDORSED

August 5, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/5/2024

**Via ECF**

Hon. Gregory H. Woods, USDJ
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Juan Checo*, No. S6 22 Cr. 522 (GHW)

Dear Judge Woods,

On February 1, 2024, the Honorable Magistrate Robert W. Lehrburger granted counsel's application to be assigned to represent Mr. Juan Checo in the above matter pursuant to the Criminal Justice Act. Counsel is now informed that Mr. Checo and his family have retained the very capable services of my friend Ms. Stacey Richman. The notice of appearance for Ms. Richman was filed with the Court today August 5, 2024, at docket entry no. 417.

Counsel is therefore seeking the Court's endorsement granting this application to be relieved for all purposes pursuant to Local Rule 1.4.

Thank you in advance for any and all consideration of this application. Counsel will await further instructions from the Court on this matter.

Application granted.  Attorney Alain V. Massena is granted leave to withdraw as counsel for Defendant.  The Clerk of Court is instructed to terminate Mr. Massena from the list of active counsel in this case, and to terminate the motion pending at Dkt. No. 418.

Respectfully submitted,

*Alain V Massena*
Alain V. Massena Esq.

SO ORDERED.
Dated:  August 5, 2024

GREGORY H. WOODS
United States District Judge

SO ORDERED:

_____
Hon. Gregory Woods, USDJ